UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Melvin Rosenblatt, et al,** ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | |
| ) | Case No. 4:11CV00776 SNLJ |
| ) | |
| **Bridgeport Radiological Associates et al,** ) | |
| ) | |
| ) | |
| Defendants. ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on May 2, 2011, and assigned to the Honorable Stephen N. Limbaugh, Jr.. Because the case is a miscellaneous matter, this case should have been assigned a miscellaneous case number.

IT IS HEREBY ORDERED that the above styled cause will be randomly reassigned as a miscellaneous case and assigned Case No.4:11mc00258 RWS. The Honorable Rodney W. Sippel will preside.

Case No. 4:11cv00776 SNLJ is hereby administratively closed. Judge Limbaugh's name will be replaced for future assignment.

Dated this 3rd day of May, 2011.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. **4:11mc00258 RWS** in all future matters concerning this case.